UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| ROBERT W. G., <br><br> Plaintiff, <br><br> vs. <br><br> NANCY A. BERRYHILL, Acting Commissioner of Social Security, <br><br> Defendant. | Case No. CV-18-49-BU-JCL <br><br> JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Commissioner's decision is reversed and this matter is remanded for further proceedings pursuant to the Order issued on today's date.

Dated this 7th day of June, 2019.

TYLER P. GILMAN, CLERK

By: /s/ A.S. Goodwin
A.S. Goodwin, Deputy Clerk

