IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| ROBERT WILLIAM GRESS, | CV 18-49-BU-KLD |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

Based on the parties' joint stipulation (doc. 23), IT IS ORDERED that Plaintiff is awarded attorney fees under the Equal Access to Justice Act (EAJA) in the amount of $7,878.30, as authorized by 28 U.S.C. § 2412(d), subject to the terms of the parties' stipulation. It is further ordered that if the Commissioner determines upon effectuation of the Court's EAJA fee order that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, the fees will be made payable to Plaintiff's attorney. However, if there is a debt owed under the Treasury Offset Program, the remaining EAJA fees after offset will be paid by a check made out to Plaintiff but delivered to Plaintiff's attorney.

DATED this 6th day of September, 2019

_____
Kathleen L. DeSoto
United States Magistrate Judge

1